```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08821
   JOSHUA L SCHWARTZ
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-7697


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/15/07 and confirmed on 01/02/08.

     2.  The case was converted to Chapter 7 after confirmation, 02/21/2009.

     3.  The Debtor paid a total of $   7401.73 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 5443.12 | 173.02 | 2793.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7145.98 | .00 | 201.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3702.08 | .00 | 104.61 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FAIR COLLECTIONS & OUTSO | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | 35316.27 | .00 | 997.92 |
| ROUNDUP FUNDING LLC | UNSECURED | 1122.24 | .00 | 31.71 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 4509.68 | .00 | 127.43 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5443.12 | .00 | 51796.25 | .00 | 57239.37 |
| PRINCIPAL PAID | 2793.62 | .00 | 1463.58 | .00 | 4257.20 |
| INTEREST PAID | 173.02 | .00 | .00 | .00 | 173.02 |
| TOTAL PAID | 2966.64 | .00 | 1463.58 | .00 | 4430.22 |

```
The Debtor's attorney, KONSTANTINE T SPARAGIS         , was allowed $   3000.00
and was paid $    400.00   direct and $   2600.00   through the plan.

The Trustee received $    371.51 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/27/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 07 B 08821 JOSHUA L SCHWARTZ
```